IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYRONE WASHINGTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KERRY INC., a Delaware corporation,<br><br>Defendant. | No. 2:25-cv-00965<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Under Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Kerry Inc. hereby states that Kerry, Inc. is a wholly owned subsidiary of Kerry Holding Company, which is a wholly owned subsidiary of Kerry Group Services Ltd, which is a wholly owned subsidiary of Kerry Group Public Limited Co., which is publicly traded. As of its most recent annual report, no person or entity owned more than 10% of the shares of Kerry Group Public Limited Co.

DATED this 21st day of May, 2025.

JACKSON LEWIS P.C.

By:   *s/ Brian K. Keeley*
Brian K. Keeley, WSBA #32121
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 902-3802
Brian.Keeley@jacksonlewis.com

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 1
(Case No. 2:25-cv-00965)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

|  |  |
|---|---|
| By: | *s/ Peter V. Montine* |
|  | Peter V. Montine, WSBA #49815 |
|  | 520 Pike Street, Suite 2300 |
|  | Seattle, WA 98101 |
|  | Telephone (206) 626-6414 |
|  | Peter.Montine@jacksonlewis.com |

Counsel for Defendant

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 2
(Case No. 2:25-cv-00965)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that a true and accurate copy of the document to which this declaration is affixed was electronically filed with the Clerk of the Court using the CM/ECF System, and sent to the following:

| | |
|---|---|
| Douglas Han, WSBA #59429<br>Shunt Tatavos-Gharajeh, WSBA #59424<br>Dean Petitta, WSBA #58295<br>Justice Law Corporation<br>751 North Fair Oaks Avenue, Suite 101<br>Pasadena, CA 91103<br>Telephone (818) 230-7502<br>dhan@justicelawcorp.com<br>statavos@justicelawcorp.com<br>dpetitta@justicelawcorp.com | ☒ via CM/ECF System<br>☒ via Electronic Mail<br>☐ via USPS Mail<br>☐ via Federal Express<br>☐ via Hand-delivery<br>☐ Other: _____ |

Counsel for Plaintiff

DATED this 21st day of May, 2025.

_____
Lindsay Holzworth

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT - 3
(Case No. 2:25-cv-00965)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404