AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| Tyrone Washington | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cv-00965-TL |
| Kerry Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Tyrone Washington                                           .

Date:  September 12, 2025                                    s/ Winthrop Hubbard
                                                                                 *Attorney's signature*

                                                                   Winthrop Hubbard and Bar Number: 56458
                                                                        *Printed name and bar number*

                                                                        JUSTICE LAW CORPORATION
                                                                        751 N Fair Oaks Avenue, Suite 101
                                                                        Pasadena, CA 91103
                                                                                    *Address*

                                                                        whubbard@justicelawcorp.com
                                                                                *E-mail address*

                                                                              818-230-7502
                                                                            *Telephone number*

                                                                              818-230-7259
                                                                               *FAX number*

Print    Save As...                                                                                    Reset